# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| LUCIA F. SANCHEZ, et al.,<br><br>*Plaintiff(s)*<br>v.<br>RAUL TORREZ, in his official capacity as Attorney General of New Mexico, et al.,<br><br>*Defendant(s)* | Civil Action No. 1:24-cv-00646-KK-LF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Richard Stump
Chair
New Mexico State Game Commission
1 Wildlife Way
Santa Fe, NM 87507

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Christopher M. Kieser          Mark L. Ish
Jeremy Talcott                 Felker, Ish, Ritchie, Geer & Winter, P.A.
Pacific Legal Foundation       911 Old Pecos Trail
555 Capitol Mall, Suite 1290   Santa Fe, NM 87505
Sacramento, CA 95814

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Wednesday, June 26, 2024

Jacob Garcia
*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:24-cv-00646

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Richard Stump - chair - N.M. State Game Commission, N.M. Dept. of Game & Fish
was received by me on *(date)* 6/26/2024.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Jeremy Ian Martin - General Counsel, who is designated by law to accept service of process on behalf of *(name of organization)* N.M. State Game Commission - Richard Stump - chair, #1 Wildlife Way, Santa Fe, N.M. 87507 on *(date)* 6/26/2024 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: 

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 6/26/2024

*Server's signature:* Manuel A Maestas

*Printed name and title:* Manuel A. Maestas

ASAP PRIORITY LEGAL COURIER
MANUEL A. MAESTAS
1029 AVENIDA DE LAS CAMPANAS
SANTA FE, NM 87507

505-920-2727

*Server's address*

Additional information regarding attempted service, etc: