IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LUCIA F. SANCHEZ, *et al.*,

      Plaintiffs,

v.　　　　　　　　　　　　　　　　　　　　　　　No. 24-cv-00646-KWR-LF

RAUL TORREZ, *et al.*,

      Defendants.

## JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58 and the Memorandum Opinion and Order Granting Defendants' Motion to Dismiss entered concurrently herewith, the Court enters this Judgment resolving this case.

**IT IS THEREFORE ORDERED AND ADJUDGED** that this case is dismissed without prejudice.

 

_____/S/_____
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE