UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

January 28, 2025

Mr. Mark L. Ish
Felker, Ish, Hatcher, Ritchie, Sullivan & Geer
911 Old Pecos Trail
Santa Fe, NM 87501-0000

Mr. Christopher M. Kieser
Mr. Jeremy Talcott
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814

**RE:** 25-2009, Sanchez, et al v. Torrez, et al
Dist/Ag docket: 1:24-CV-00646-KWR-LF

Dear Counsel:

Your appeal has been docketed, and the appeal number is above.

**Within 14 days** from the date of this letter, Appellant's counsel must electronically file:

- **An entry of appearance and certificate of interested parties** per 10th Cir. R. 46.1(A) and (D).
- **A docketing statement** per 10th Cir. R. 3.4.
- **A transcript order form or notice that no transcript is necessary** per 10th Cir. R. 10.2. This form must be filed in **both** the district court and this court.

**Also within 14 days**, Appellee's counsel must electronically file an entry of appearance and certificate of interested parties. **Attorneys that do not enter an appearance within the specified time frame will be removed from the service list.**

The Federal Rules of Appellate Procedure, the Tenth Circuit Rules, and forms for the aforementioned filings are on the court's website. The Clerk's Office has also created a set of quick reference guides and checklists that highlight procedural requirements for appeals filed in this court.

Please contact this office if you have questions.

                                                        Sincerely,

                                                        Christopher M. Wolpert
                                                        Clerk of Court

cc:      Mark T. Baker
           Kathleen Rosemary Bryan
           Matthew Jackson
           Abigail L. Pace

CMW/klp